UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVE ALAN MAHONEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PIERCE COUNTY JAIL, et al.,<br><br>　　　　　　Defendants. | CASE NO. C10-5238BHS/JRC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL |

　　　This Civil Rights Action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and(B), and Local Magistrate Judge's Rule MJR3 and MJR4.

　　　The matter is before the court on plaintiff's second motion for appointment of counsel (Dkt. #9).

　　　There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court can request counsel to represent a party, 28 U.S.C. § 1915(e) (1), the court may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th

ORDER - 1

1 | Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. Wilborn, 789 F.2d at 1331.

Plaintiff has demonstrated an adequate ability to articulate his claims pro se and has not made an argument regarding the likelihood of success on the merits. His reasons for appointment of counsel do not constitute exceptional circumstances. According, the motion (Dkt. # 9) is **DENIED**.

DATED this 20th day of September, 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge