UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVE ALAN MAHONEY, <br><br> Plaintiff, <br><br> v. <br><br> PIERCE COUNTY JAIL et al., <br><br> Defendants. | No. C10-5238BHS/JRC <br><br> ORDER GRANTING AN EXTENSION OF TIME |

This civil rights action brought pursuant to 42 U.S.C. § 1983 has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4.

Plaintiff seeks a one hundred and twenty day extension to respond to a pending motion to dismiss (ECF No. 23).  Defendants have responded that they would not oppose a two week extension, but oppose a "four month" extension (ECF No. 24).  Plaintiff has replied and notes that with the holidays his ability to get copies and access the library is limited. (ECF No. 25).

Plaintiff's reasons for seeking an extension include his being moved from one facility to another and not getting his materials or the motion in a timely manner: health problems; lack of access to a law library; and trouble getting copies made.  Plaintiff has shown good cause for an

ORDER GRANTING EXTENSION OF TIME - 1

extension of time.  A two week extension would be unreasonably short, however, a four month extension seems unreasonably long.

The motion is GRANTED IN PART.  A response to the motion to dismiss will be due on or before January 28, 2011.  Any reply defendants wish to file must be filed on or before February 4, 2011.  Defendant's motion to dismiss, (ECF No. 16), is re-noted for **February 4, 2011**.

The Clerk is directed to send copies of this Order to Plaintiff.

DATED this 8th day of December, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME - 2