# United States District Court
WESTERN DISTRICT OF WASHINGTON

STEVE ALAN MAHONEY

v.

PIERCE COUNTY, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5238BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R (Dkt. 30) is **ADOPTED**;

This action is **DISMISSED without prejudice**; and

All other pending motions are **DENIED as moot**.

| March 31, 2011 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

  *s/CM Gonzalez*
  Deputy Clerk